■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERMAN BAUTISTA, Appellant. [827 NYS2d 678]—Appeal by the defendant, as limited by his motion, from a sentence of the County

Court, Suffolk County (Kahn, J.), imposed February 15, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Mastro, J.P., Ritter, Florio and Lifson, JJ., concur.